UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MUSA BARAGI,

                Petitioner,

- against -

WILLIAM BARR, in his official capacity as the Attorney General of the United States; KEVIN McALEENAN, in his official capacity as Secretary of Homeland Security; THOMAS R. DECKER, in his official capacity as U.S. Immigration and Customs Enforcement Deputy Director New York Enforcement and Removal Operations Field Office; and the U.S. DEPARTMENT OF HOMELAND SECURITY,

                Respondents.

**ORDER**

19 Civ. 10553 (RA)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that there shall be a hearing in this matter before Judge Abrams on **November 20, 2019 at 3:00 p.m.** in Courtroom 1506 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. The Government will respond to the Petition by November 19, 2019. This response should include information regarding the current location of Petitioner. Respondents are directed not to deport Petitioner until Judge Abrams has decided this habeas petition.

Dated: New York, New York
       November 14, 2019

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge
Part I