UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2019

MUSA BARAGI,

                    Petitioner,

v.

WILLIAM BARR, IN HIS OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE UNITED STATES; KEVIN McALEENAN, IN HIS OFFICIAL CAPACITY AS SECRETARY OF HOMELAND SECURITY; THOMAS R. DECKER, IN HIS OFFICIAL CAPACITY AS U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT DEPUTY DIRECTOR, NEW YORK ENFORCEMENT REMOVAL OPERATIONS FIELD OFFICE; U.S. DEPARTMENT OF HOMELAND SECURITY,

                    Respondent.

19-CV-10553 (RA)

ORDER TO ANSWER, 28 U.S.C. § 2241

RONNIE ABRAMS, United States District Judge:

    The Court, having examined the petition in this action, which Petitioner filed pursuant to 28 U.S.C. § 2241, it is hereby ORDERED that there shall be a hearing in this matter on November 20, 2019 at 3:00 p.m. in Courtroom 1506 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. The Government must respond to the Petition by November 19, 2019. This response should include information regarding the current location of Petitioner. Respondents are directed not to deport Petitioner until the Court has decided this habeas petition.

    A search of the United States Immigration and Customs Enforcement Online Detainee Locator System reveals that Petitioner is currently detained in the Hudson County Correctional Facility. The Clerk of Court is directed to update the docket for this case to reflect Petitioner's

current location. The Government's response must include any updated information regarding Petitioner's location.

The Clerk of Court is further directed to electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this order and Judge Gardephe's November 14, 2019 order (ECF No. 3) have been issued.

SO ORDERED.

Dated: November 15, 2019
        New York, New York

RONNIE ABRAMS
United States District Judge