UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/15/2019
```

MUSA BARAGI,

        Petitioner,

v.

WILLIAM BARR, IN HIS OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE UNITED STATES; KEVIN McALEENAN, IN HIS OFFICIAL CAPACITY AS SECRETARY OF HOMELAND SECURITY; THOMAS R. DECKER, IN HIS OFFICIAL CAPACITY AS U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT DEPUTY DIRECTOR, NEW YORK ENFORCEMENT REMOVAL OPERATIONS FIELD OFFICE; U.S. DEPARTMENT OF HOMELAND SECURITY,

        Respondents.

19-CV-10553 (RA)

ORDER DIRECTING ORIGINAL SIGNATURE

COLLEEN McMAHON, Chief United States District Judge:

Petitioner brings this action *pro se*.[1] Petitioner submitted the petition without a signature. Rule 11(a) of the Federal Rules of Civil Procedure provides that "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name – or by a party personally if the party is unrepresented." *See also* Local Civil Rule 11.1(a). The Supreme Court has interpreted Rule 11(a) to require "as it did in John Hancock's day, a name handwritten (or a mark handplaced)." *Becker v. Montgomery*, 532 U.S. 757, 764 (2001).

Petitioner is directed to resubmit the signature page of petition with an original signature to the Court within thirty days of the date of this order. A copy of the signature page is attached to this order.

---

[1] Petitioner paid the filing fee to file this action.

The Clerk of Court is directed to mail a copy of this order to Petitioner and note service on the docket.

SO ORDERED.

Dated: November 15, 2019
        New York, New York

_____
RONNIE ABRAMS
United States District Judge