UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MUSA BARAGI,

        Petitioner,

v.

WILLIAM BARR, IN HIS OFFICIAL
CAPACITY AS THE ATTORNEY GENERAL
OF THE UNITED STATES; KEVIN
McALEENAN, IN HIS OFFICIAL CAPACITY
AS SECRETARY OF HOMELAND SECURITY;
THOMAS R. DECKER, IN HIS OFFICIAL
CAPACITY AS U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT DEPUTY
DIRECTOR, NEW YORK ENFORCEMENT
REMOVAL OPERATIONS FIELD OFFICE; U.S.
DEPARTMENT OF HOMELAND SECURITY,

        Respondents.

19-CV-10553 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The hearing scheduled for Wednesday, November 20, at 3:00 p.m. is adjourned until Thursday, November 21, at 11:00 a.m.

SO ORDERED.

Dated: November 19, 2019
       New York, New York

                          RONNIE ABRAMS
                          United States District Judge