UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MUSA BARAGI,

                Petitioner,

v.

WILLIAM BARR, IN HIS OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE UNITED STATES; KEVIN McALEENAN, IN HIS OFFICIAL CAPACITY AS SECRETARY OF HOMELAND SECURITY; THOMAS R. DECKER, IN HIS OFFICIAL CAPACITY AS U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT DEPUTY DIRECTOR, NEW YORK ENFORCEMENT REMOVAL OPERATIONS FIELD OFFICE; U.S. DEPARTMENT OF HOMELAND SECURITY,

                Respondent.

19-CV-10553 (RA)

<u>ORDER</u>

---

RONNIE ABRAMS, United States District Judge:

    The affidavit of Charlie Davidson (ECF No. 14), filed with the Court on November 20, 2019, contains the full name of Petitioner's minor daughter. The attachments to the affidavit also include the full name of Petitioner's minor daughter.

    Rule 5.2(a)(3) of the Federal Rules of Civil Procedure requires that any references to a minor in court submissions must be made by referring only to the minor's initials.

    Because of Petitioner's failure to comply with this rule, the Clerk of Court is directed to limit access to ECF No. 14 on the Court's CM/ECF database to a "case participant only" basis. Petitioner must comply with Rule 5.2(a)(3) when submitting any documents in the future.

The Clerk of Court is further directed to edit the docket entry text to include only the initials of Petitioner's minor daughter.

SO ORDERED.

Dated: November 21, 2019
New York, New York

_____
RONNIE ABRAMS
United States District Judge